No. 94–820. METROPOLITAN STEVEDORE CO. *v.* RAMBO ET AL. C. A. 9th Cir. [Certiorari granted, 513 U. S. 1106.] Motion of the Solicitor General for divided argument granted.

No. 94–834. NORTH STAR STEEL CO. *v.* THOMAS ET AL.; and

No. 94–835. CROWN CORK & SEAL CO., INC. *v.* UNITED STEELWORKERS OF AMERICA, AFL–CIO–CLC. C. A. 3d Cir. [Certiorari granted, 513 U. S. 1072.] Motion of petitioner Crown Cork & Seal Co., Inc., for divided argument denied. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 94–7524. TOSKI *v.* MCDONNELL ET AL. C. A. 11th Cir.; and

No. 94–7734. O'HARA *v.* SAN DIEGO COUNTY DEPARTMENT OF SOCIAL SERVICES. Sup. Ct. Cal. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until April 10, 1995, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

No. 94–8154. IN RE TRICE. Petition for writ of habeas corpus denied.

No. 94–7582. IN RE ENGLEFIELD;

No. 94–7840. IN RE HERRON; and

No. 94–8067. IN RE UBOH. Petitions for writs of mandamus denied.

No. 94–889. IBJ SCHRODER BANK & TRUST CO., TRUSTEE, ET AL. *v.* RESOLUTION TRUST CORPORATION, CONSERVATOR FOR FRANKLIN SAVINGS ASSN. C. A. 2d Cir. Certiorari denied.